10763.  FORDHAM v. THE STATE.

LUKE, J.  1. It appearing from some of the evidence in this case that im-
mediately preceding the killing the deceased and the defendant had
a quarrel and a tussle and cursed each other, that each procured a
pistol, and that the deceased, with his hand on a pistol in his pocket,
was advancing on the defendant when the defendant shot and killed
him, the jury were authorized to infer a mutual intent to fight, and
the court did not err in giving in charge to the jury the law of
voluntary manslaughter.
2. The court did not err as complained of, in excluding certain evidence.
For no reason assigned was it error to overrule the motion for a new
trial.  *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED NOVEMBER 5, 1919.

Indictment for murder—conviction of manslaughter; from
Bleckley superior court—Judge Graham.  June 21, 1919.

*J. M. Bleckley, M. H. Boyer,* for plaintiff in error.

*W. A. Wooten, solicitor-general,* contra.